IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| RSL FUNDING, LLC, and | § | |
| RSL-5B-IL, LTD. | § | PLAINTIFFS |
| | § | |
| V. | § | Civil No. 1:09CV300-HSO-JMR |
| | § | |
| BENNY RAY SAUCIER | § | DEFENDANT |

## FINAL JUDGMENT

This matter came on to be heard *sua sponte*. The Court, after a full review and consideration of the pleadings on file, the record as a whole, and the relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that Plaintiffs' case against Defendant is hereby dismissed without prejudice.

**SO ORDERED AND ADJUDGED**, this the 27th day of January, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE